[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL NO. 35 HEALTH PLANS, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>　　　　　　　　　Defendant. | CASE NO.: 06-CV-01362<br>Consolidated in MDL No. 1761<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF TEAMSTERS' COMPLAINT WITH PREJUDICE**<br><br><br>**Honorable Jeffrey S. White** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Teamsters Local No. 35 Health Plans ("Teamsters") and Defendant Alza Corporation ("Alza"), by and through their counsel of record, respectfully submit the present stipulation dismissing Teamsters' complaint in Case No. 06-CV-01362 and the consolidated amended complaint in MDL No. 1761. The parties further agree Teamsters and Alza shall bear their own costs associated with the maintenance and defense of Case No. 06-CV-01362 and all actions consolidated in MDL No. 1761. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

　　　1.　　<u>Dismissal with prejudice.</u>  Plaintiff Teamsters hereby dismisses with prejudice its complaint in Case No. 06-CV-01362 and currently consolidated with other complaints in the action captioned "In re Ditropan XL Antitrust Litigation, MDL No. 1761," presently pending before this Court.  Concurrently herewith, Teamsters shall file a voluntary dismissal with prejudice of the consolidated amended complaint in MDL No. 1761, currently pending before this Court.

　　　2.　　<u>Costs</u>.  Teamsters and Alza shall bear their own costs and fees incurred in the prosecution and defense of Case No. 06-CV-01362 and all actions consolidated in MDL No. 1761. In no event shall any party to Case No. 06-CV-01362 or to MDL No. 1761 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out

of this action as a result of the instigation, prosecution, defense, or dismissal with prejudice of Case No. 06-CV-01362 and MDL No. 1761.

Dated: December 17, 2007

By: /s/

Timothy J. Becker
Stacy K. Hauer
Brian C. Gudmundson
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: tjb@zimmreed.com
Email: skh@zimmreed.com
Email: bcg@zimmreed.com

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: eaw@wtwlaw.us
Email: mrm@wtwlaw.us

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568- 1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.us

Jason J. Thompson
J. Thompson & Associates, PLC
26000 W 12 Mile Road
Southfield, MI 48034
Telephone: (248) 436-8448
Email: jthompson@jta-law.com

Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srk-law.com

Ann K. Mandt
David R. Parker
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
Telephone: (313) 875-8080
Facsimile: (313) 875-8522
Email: akmandt@c2law.com
Email: drparker@c2law.com

Mike Miller
Stacey Tjon
SOLBERG, STEWART, MILLER & TJON
1129 Fifth Avenue South
Fargo, ND 58103
Telephone: (701) 237-3166
Facsimile: (701) 237-4627
Email: mmiller@solberglaw.com
Email: stjon@solberglaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

3

STIPULATION AND [~~PROPOSED~~] ORDER
DISMISSING PLAINTIFF TEAMSTERS'
COMPLAINT WITH PREJUDICE                                     06-CV-01362 (MDL NO. 1761)

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendant Alza Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 18, 2007  _____/s/ Jeffrey S. White_____
    Honorable Jeffrey S. White
    United States District Judge